IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0251

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JOSHUA PAUL CORRIHER,

      Defendant and Appellant.

## ORDER

    Upon consideration of Appellant's motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 10, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 25 2021